PHINEAS D. CROSBY, Appellant, *v.* HIRAM HOTALING et al., Respondents.

(Argued June 1, 1885 ; decided June 23, 1885.)

THIS case presented questions as to the reception and rejection of evidence of no general importance.

*William B. Hurd, Jr.*, for appellant.

*S. W. Rosendale* for respondents.

MILLER, J., reads for affirmance.
All concur.
Judgment affirmed.

———————

HENRY E. P. ADAMSON et al., Respondents, *v.* JAMES W. ELWELL et al., Appellants.

(Argued June 4, 1885 ; decided June 23, 1885.)

*E. N. Taft* for appellants.

*Joseph A. Shoudy* for respondents.

Agree to affirm ; no opinion.
All concur, except EARL and FINCH, JJ., not voting.
Judgment affirmed.

———————

SYLVESTER RISLEY, Appellant, *v.* IRA ABBEY, Respondent.

(Submitted June 5, 1885 ; decided June 23, 1885.)

*Edwin H. Risley* for appellant.

*A. N. Sheldon* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.